TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
WEI KIT TAI
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 448-0535
    Facsimile: (213) 894-7819
    E-mail: Wei.Tai@usdoj.gov

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: <br><br> WEI KIT TAI, <br><br> Applicant. | Case No. 2:22-cm-00132 <br><br> **APPLICATION FOR LEAVE OF COURT FOR WEI KIT TAI TO PRACTICE ON BEHALF OF THE UNITED STATES ATTORNEY'S OFFICE** |

To the Honorable Philip S. Gutierrez, Chief Judge of the United States District Court for the Central District of California:

The Undersigned, David M. Harris, Assistant United States Attorney and Chief of the Civil Division of the United States Attorney's Office for the Central District of California, respectfully requests that this Court authorize Assistant United States Attorney Wei Kit Tai to practice before the United States District Court for the Central District of California pending his admission to the State Bar of California as permitted by Local Rule 83-2.1.4.1.

As set forth in the attached declaration, Mr. Tai has been employed as an Assistant

United States Attorney for the Central District of California since June 5, 2022. He is a member in good standing of the State Bar of New York. Mr. Tai has registered to take the Attorneys' Examination for admission to the State Bar of California on July 26, 2022.

On this basis, the undersigned respectfully requests leave of this Court, under Local Rule 83-2.1.4.1, to admit Mr. Tai to practice law in this District as an Assistant United States Attorney pending his admission to the State Bar of California.

Dated: June 14, 2022                    Respectfully submitted,

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ *David M. Harris*
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division